ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 3 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 3 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ERIC EMILE DELERY, | Case No. CV 13-04925 JSL (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| B. M. CASH, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED THAT this action is summarily dismissed without prejudice for the reasons stated in the related Order.

*Spencer Letts*

DATED: July 24, 2013

—————————————————
J. SPENCER LETTS
SENIOR DISTRICT JUDGE